UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH MELELLA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 1:24-cv-01217-SAB<br><br>ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF No. 5) |

Plaintiff Richard Joseph Melella ("Plaintiff") filed a complaint on October 8, 2024, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an incomplete application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court ordered that Plaintiff either (1) pay the $405.00 filing fee for this action, or (2) file a completed short form application to proceed *in forma pauperis*. (ECF No. 4.)

On October 10, 2024, Plaintiff filed an amended motion to proceed *in forma pauperis*. (ECF No. 5.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees. Therefore, the Court shall order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

///

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's amended application to proceed *in forma pauperis* (ECF No. 5) is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons and new case documents; and

3. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **October 10, 2024**

UNITED STATES MAGISTRATE JUDGE