# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH MELELLA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 1:24-cv-01217-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

On December 30, 2024, the parties filed a stipulation for a thirty day extension of time from January 8, 2025 to February 17, 2025 for Plaintiff to file his opening brief. (ECF No. 13.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **February 17, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 30, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1