# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH MELELLA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01217-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF<br><br>(ECF No. 16) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file his brief in support of whether this Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff social security benefits. For good cause shown, the Court approves the stipulation and orders that Plaintiff shall have through February 21, 2025, to file his opening brief. The scheduling order (ECF No. 8) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **February 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge